Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–30877–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David B. Field
37 Meadow Creek Dr
Cape May Court House, NJ 08210–1138

Denise L. Field
aka Denise L McDevitt Field
37 Meadow Creek Dr
Cape May Court House, NJ 08210–1138

Social Security No.:
xxx–xx–7258

xxx–xx–4251

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 10, 2018.

On December 30, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: February 5, 2020
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 30, 2019
JAN: jpl

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 17-30877-JNP
David B. Field                                              Chapter 13
Denise L. Field
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Dec 30, 2019
                              Form ID: 185             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db/jdb         David B. Field,    Denise L. Field,    37 Meadow Creek Dr,    Cape May Court House, NJ   08210-1138
cr            +NATIONSTAR MORTGAGE LLC,    C/O Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave,
                Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
517122379      Barclays Bank Delaware,    PO Box 8802,    Wilmington, DE  19899-8802
517375282      CACH, LLC its successors and assigns as assignee,    of Prosper Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517122380      Cape May Family Dental,    3151 Route 9 S # 4,    Rio Grande, NJ  08242
517122383     +Lyons,Doughty & Veldhuis,    136 Gaither Dr Ste 100,    Mount Laurel, NJ 08054-2239
518434185     +MidFirst Bank,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518446348     +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6051
518446349     +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517122385      Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
517222409     +Nationstar Mortgage LLC,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    PO BOX 619094,
                Dallas, TX 75261-9094
517122388      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
517122391      Trojan Professional Services,    PO Box 1270,    Los Alamitos, CA  90720-1270
517122393      Wells Fargo Auto Finance,    Bankruptcy Dept,    435 Ford Rd Ste 300,
                Saint Louis Park, MN  55426-4938
517194343      Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                Irvine, CA 92623-9657
517255889      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
517122394      Wells Fargo Financial National Bank,    PO Box 10475,    Des Moines, IA 50306-0475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 30 2019 23:26:59      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517206279      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 30 2019 23:30:25
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517122381      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 30 2019 23:29:28
                Capital One Bank (USA), N.A.,    PO Box 30285,    Salt Lake City, UT  84130-0285
517122382      E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:30:21       JC Penney/Synchrony Bank,
                PO Box 965007,    Orlando, FL  32896-5007
517220286     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 30 2019 23:26:57      MIDLAND FUNDING LLC,
                PO BOX 2011,    Warren MI 48090-2011
517122384      E-mail/Text: bankruptcydpt@mcmcg.com Dec 30 2019 23:26:57      Midland Funding LLC,
                2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
517122387      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:12
                Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA  23502-4962
517215044      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:12
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517337327      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:12
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
517242525      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:40:47
                Portfolio Recovery Associates, LLC,    c/o JC Penney,    POB 41067,    Norfolk VA 23541
517122386      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 30 2019 23:26:45      Pier One/Comenity Bank,
                Bankruptcy Dept.,    PO Box 182125,    Columbus, OH  43218-2125
517122389      E-mail/Text: bankruptcy@prosper.com Dec 30 2019 23:27:24      Prosper Marketplace,
                221 Main St # 300,    San Francisco, CA  94105-1909
517365036      E-mail/Text: bnc-quantum@quantum3group.com Dec 30 2019 23:26:54
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517122390      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2019 23:40:53       SquareTwo Financial,
                PO Box 5980,    Denver, CO  80217-5980
517122642     +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:30:24      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517122392      E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:29:52      Walmart-Synchrony Bank,
                PO Box 965024,    Orlando, FL  32896-5024
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 30, 2019
                              Form ID: 185             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victoria A. Steffen    on behalf of Joint Debtor Denise L. Field vsteffen@verizon.net,
               G30369@notify.cincompass.com
              Victoria A. Steffen    on behalf of Debtor David B. Field vsteffen@verizon.net,
               G30369@notify.cincompass.com
                                                                                            TOTAL: 10
```