**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David B. Field <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7258 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Denise L. Field <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4251 <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–30877–JNP

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David B. Field

Denise L. Field
aka Denise L McDevitt Field

<u>3/4/21</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-30877-JNP
David B. Field  Chapter 13
Denise L. Field
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Mar 04, 2021  Form ID: 3180W  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David B. Field, Denise L. Field, 37 Meadow Creek Dr, Cape May Court House, NJ 08210-1138 |
| cr | + | NATIONSTAR MORTGAGE LLC, C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487 UNITED STATES 33487-2853 |
| 517375282 | | CACH, LLC its successors and assigns as assignee, of Prosper Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517122380 | | Cape May Family Dental, 3151 Route 9 S # 4, Rio Grande, NJ 08242 |
| 517122383 | + | Lyons,Doughty & Veldhuis, 136 Gaither Dr Ste 100, Mount Laurel, NJ 08054-2239 |
| 518434185 | + | MidFirst Bank, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517122385 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517222409 | + | Nationstar Mortgage LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO BOX 619094, Dallas, TX 75261-9094 |
| 517122388 | | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517122391 | | Trojan Professional Services, PO Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2021 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2021 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517122379 | | EDI: TSYS2.COM | Mar 05 2021 01:28:00 | Barclays Bank Delaware, PO Box 8802, Wilmington, DE 19899-8802 |
| 517206279 | | EDI: CAPITALONE.COM | Mar 05 2021 01:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517122381 | | EDI: CAPITALONE.COM | Mar 05 2021 01:28:00 | Capital One Bank (USA), N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517122382 | | EDI: RMSC.COM | Mar 05 2021 01:28:00 | JC Penney/Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 517220286 | + | EDI: MID8.COM | Mar 05 2021 01:28:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 518446349 | + | EDI: AISMIDFIRST | Mar 05 2021 01:28:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518446348 | + | EDI: AISMIDFIRST | Mar 05 2021 01:28:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517122384 | | EDI: MID8.COM | Mar 05 2021 01:28:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 517122387 | | EDI: PRA.COM | | |

Case 17-30877-JNP    Doc 61    Filed 03/06/21    Entered 03/07/21 00:14:43    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 517215044 | EDI: PRA.COM | Mar 05 2021 01:28:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 517337327 | EDI: PRA.COM | Mar 05 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517242525 | EDI: PRA.COM | Mar 05 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517122386 | EDI: WFNNB.COM | Mar 05 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o JC Penney, POB 41067, Norfolk VA 23541 |
| 517122389 | Email/Text: bankruptcy@prosper.com | Mar 05 2021 01:28:00 | Pier One/Comenity Bank, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 517365036 | EDI: Q3G.COM | Mar 04 2021 21:23:00 | Prosper Marketplace, 221 Main St # 300, San Francisco, CA 94105-1909 |
| 517122390 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 01:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517122642 | + EDI: RMSC.COM | Mar 04 2021 21:42:47 | SquareTwo Financial, PO Box 5980, Denver, CO 80217-5980 |
| 517122392 | EDI: RMSC.COM | Mar 05 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517122393 | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Walmart-Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 517194343 | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Auto Finance, Bankruptcy Dept, 435 Ford Rd Ste 300, Saint Louis Park, MN 55426-4938 |
| 517255889 | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 517122394 | EDI: WFFC.COM | Mar 05 2021 01:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| | | Mar 05 2021 01:28:00 | Wells Fargo Financial National Bank, PO Box 10475, Des Moines, IA 50306-0475 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 06, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin M. Buttery | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com |
| Laura M. Egerman | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victoria A. Steffen | on behalf of Joint Debtor Denise L. Field vsteffen@verizon.net  G30369@notify.cincompass.com |
| Victoria A. Steffen | on behalf of Debtor David B. Field vsteffen@verizon.net  G30369@notify.cincompass.com |

TOTAL: 10